[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10543
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00032-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS JOHN BACH, II,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida
_____

(September 11, 2012)

Before CARNES, WILSON and ANDERSON, Circuit Judges

PER CURIAM:

Chet Kaufman, appointed counsel for Thomas John Bach, II, in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bach's conviction and sentence are **AFFIRMED**.